UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

ANGEL DEJESUS PEGUERO BRITO,

                Petitioner,                      24-CV-_____ (LAK)

v.

UNITED STATES OF AMERICA

                Respondent.
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The Court is in receipt of Angel Dejesus Pegero Brito's Motion for Return of Property dated February 29, 2024. The Clerks Office shall assign a civil docket number to the matter utilizing the caption from this order. The motion itself shall be docketed under the assigned civil docket number and the Government has until April 8, 2024 to respond.

        The undersigned will accept assignment of the new civil case.

        SO ORDERED.

Dated:      March 7, 2024

                                                  Hon. Lewis A. Kaplan
                                                  United States District Judge