UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
ANGEL DE JESUS PEGUERO BRITO,

        Petitioner pro se,

v.

UNITED STATES OF AMERICA,

        Respondent.
------------------------------x

24-CV-1800(LAK)



## ORDER

        By order dated March 11, 2024 the Court directed Petitioner pro se to either pay the $402.00 in fees or submit the IFP application and prisoner authorization forms attached to the order. Petitioner was warned that failure comply with the March 11, 2024 order within the time allowed, the action will be dismissed without prejudice.

        The docket reflects that the March 11, 2024 order and forms were mailed to petitioner pro se, and no response has been received to date by the Court. Accordingly, the case is dismissed without prejudice. The Clerk of Court is directed to close the case.

        SO ORDERED.

Dated:      June 11, 2024

                                                    Lewis A. Kaplan
                                                  United States District Judge